ACCEPTED
04-15-00392-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/21/2015 3:40:29 PM
KEITH HOTTLE
CLERK

# No. 04–15–00392–CV

JOYCE ANN SARRO

vs.

MICHAEL A. SARRO

IN THE COURT OF APPEALS

4TH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/21/2015 3:40:29 PM
KEITH E. HOTTLE
Clerk

## Motion for Extension of Time To File a Brief by Appellant
### (Unopposed)

Comes now appellant, Joyce Ann Sarro, and moves the Court to extend the time to file her brief, pursuant to Tex. R. App. P. 10.1, 10.5, and Article I, section 19 of the Texas Constitution.

1. Appellant's brief is presently due on September 21, 2015.

2. An extension for 30 days is requested to October 21, 2015.

3. The undersigned counsel for Appellant has been responsible for the care of two family members, one of whom passed away in June 2015. His brother, handicapped with Down's Syndrome, has additional difficulties including the necessity of being prompted when eating. On August 31, 2015, the brother was hospitalized and was released on September 5, 2015. A copy of the discharge document is attached as exhibit 'A' and is made a part of this motion. This new development has required additional attention.

4. This is the first request for an extension of time to file a brief by Appellant.

5. This extension is not sought solely for delay, but that justice may be done.

6. An inquiry was made about this motion to the attorney for Appellee, who indicated that the motion is not opposed.

### Prayer

Therefore, Joyce Ann Sarro prays that this motion be filed, that an extension of time be granted to October 21, 2015 to file Appellant's brief, and that she have such other relief, in law or equity, to which she may be justly entitled.

1

Respectfully submitted,

/s/ R. Robert Willmann, Jr.

R. Robert Willmann, Jr.
Attorney at Law
P.O. Box 460167
San Antonio, Texas 78246
Tel 844.244.9973
Temporary Fax 361.552.4305
willaw@prismnet.com
Bar No. 21655960

## Certificate of Service

I certify that this motion was served by–

electronic service through an electronic filing manager and by fax to Rachel Sadovsky; Cordell & Cordell; 10101 Reunion Place, Suite 250; San Antonio, Texas 78216 (rsadovsky@cordelllaw.com) (attorney for Michael A. Sarro);

on the 21st day of September, 2015.

/s/ R. Robert Willmann, Jr.

R. Robert Willmann, Jr.

**Exhibit A**

## Affidavit Regarding Exhibit

State of Texas
County of Calhoun

Before me, the undersigned authority, personally appeared R. Robert Willmann, Jr., who, after being duly sworn, stated as follows.

"I, R. Robert Willmann, Jr., am over 18 years of age, am an attorney licensed to practice law in the State of Texas, and am otherwise competent to make this affidavit.

I am an attorney for appellant Joyce Ann Sarro regarding this appeal.

Attached to this affidavit and made a part of this exhibit 'A' is a true and complete copy of a discharge sheet for my brother David Willmann regarding his recent hospitalization, with some redactions. I signed the paper at the hospital and received a copy there.

I have personal knowledge of the contents of this affidavit and they are true and correct."

_____
R. Robert Willmann, Jr.
Affiant

Subscribed and sworn to before me on this 18th day of September, 2015, to which witness my hand and seal of office.

_____
Notary Public, State of Texas
My commission expires:

BERTHA A. GALINDO
MY COMMISSION EXPIRES
July 3, 2016

# Discharge Instructions
### Printed: 09/05/15 20:09   Page 1 of 2

**DIET:**
  regular.

**ACTIVITIES:**
  as tolerated.

**FOLLOW UP CARE: SEE YOUR DOCTOR**
  Call_____for appointment WITH DR ___ IN 10 DAYS OR SOONER IF
  NEEDED. Call for questions/concerns/problems.

**PRINCIPAL DIAGNOSIS:**
  RIGHT LOWER LOBE PNEUMONIA WITH MILD RIGHT PLEURAL EFFUSION-IMPROVED.
  RESPIRATORY INSUFFICIENCY{HYPOXEMIA} SECONDARY TO PNEUMONIA

**SECONDARY DIAGNOSIS:**
  HYPOTHYROIDISM, MILD DOWN'S SYNDROME

**HOME MEDS RETURNED TO PATIENT:**
  N/A.

**VALUABLES RETURNED TO PATIENT:**
  yes.

**PATIENT CARE NOTES PROVIDED ON:**
  Pneumonia,FEVER, SEPSIS

**WOUND/CAST CARE:**
  N/A.

**OTHER INSTRUCTIONS:**
  may return to ER if symptoms increase and become worse or has s/s of
  infection such as fever, cough, congestion or lethargy.
  Home Health nurses to visit..

**DATE OF ADMISSION:**
  08/31/15

**DISCHARGE STATUS:**
  Fair.

**{a}DISCHARGE INSTRUCTIONS EDUCATION GIVEN RE-**
  disease process, nutrition/modified diet, medication regimen/safe use sheet.
  potential food/drug interaction, activity.

**{b}DISCHARGE INSTRUCTIONS EDUCATION GIVEN RE-**
  when/how to obtain further tx, follow-up visit w/doctor.

**{c}DISCHARGE INSTRUCTIONS EDUCATION:**
  written information provided, all questions answered.

**LEARNER:**
  family. Copy given to healthcare provider., Discharge instructions signed..

## MEDICATIONS

**Continue**
  Route: BY MOUTH                    Frequency: THREE TIMES A DAY
  Prescription Detail: TAKE 0.75 teaspoon BY MOUTH THREE TIMES A DAY
  Next Dose Due: TAKE AS DIRECTED

**Continue**
  Route: BY MOUTH                    Frequency: AT BEDTIME
  Prescription Detail: TAKE 1 teaspoon BY MOUTH AT BEDTIME
  Next Dose Due: TAKE AS DIRECTED

Patient's signature: _R. Robert Willmann_    Nurse's signature: _S. Holder RN_

**WILLMANN DAVID**     AGE:  59  SEX:

ROOM: 105
M/R#:

ALLERGIES: No Known Dru

---

## MEDICATIONS

**Continue**
Route: BY MOUTH                    Frequency: DAILY
Prescription Detail: TAKE 250 MILLIGRAMS BY MOUTH DAILY
Instructions:
TAKE 2 TABS ON 1ST DAY      THEN 1 TABLET DAILY
Next Dose Due: 09/05/2015  12:00 PM

**Continue**
Route: BY MOUTH                    Frequency: DAILY
Prescription Detail: TAKE 500 MILLIGRAMS BY MOUTH DAILY
Next Dose Due: TAKE AS DIRECTED

**Continue**
Route: ORAL                        Frequency: DAILY
Prescription Detail:  0.2 MILLIGRAMS ORAL DAILY
Next Dose Due: 09/05/2015   7:00 AM

**New**
Route: BY MOUTH                    Frequency: EVERY EVENING
Prescription Detail: TAKE 3 milligrams BY MOUTH EVERY EVENING
Next Dose Due: 09/05/2015   5:00 PM

### PLEASE STOP TAKING ALL MEDICATIONS LISTED BELOW

---

**Stop**
Route: BY MOUTH                    Frequency: DAILY

## REFERRALS / TRANSITIONS OF CARE

### Transition of Care

| | |
|---|---|
| Provider: | BETHANY HOME HEALTH |
| Phone: | |
| Address1: | |
| Address2: | |
| City: | |
| State: | |
| Zip: | 00000 |
| Reason for Transfer: | |
| Scheduled Date: | |
| Additional Information: | |

Patient's signature: _R. Robert Willmann_    Nurse's signature: _S Holder, RN_